WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Crawford, | No. CV 05-3258-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, et al., | |
| Defendant. | |

On April 6, 2006, the Magistrate Judge issued a Report and Recommendation recommending that the Complaint in this case be dismissed for failure to prosecute. Plaintiff did not file an objection to the Report and Recommendation (Defendant has not been served or appeared).

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1126 (D.Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28

U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made.").

However, the Court notes that, in contradiction of *Reyna-Tapia* and *Schmidt*, the Magistrate Judge states that her recommendation is subject to the District Court conducting, "its independent review of the record." The Court is unclear whether the Magistrate Judge is attempting to direct this Court to conduct a *de novo* review or is suggesting some other standard. Nonetheless, consistent with *Reyna-Tapia* and *Schmidt*, this Court has not conducted any review because no objections were filed. If Plaintiff failed to file objections in reliance on the Magistrate Judge's admonition to the District Court, Plaintiff may move for reconsideration of this Order within thirty days and shall contemporaneously file his objections with the motion for reconsideration.

Accordingly, because no objections were filed,

**IT IS ORDERED** that the Report and Recommendation (Doc. #7) is accepted and adopted, the Complaint is dismissed, without prejudice, and the Clerk of the Court shall enter judgment accordingly.

DATED this 25th day of April, 2006.

_____
James A. Teilborg
United States District Judge